# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3641
_____

DAVIS EXPRESS, INC. and JAMES
FLOYD MORRISON,

   Petitioners,

   v.

NEBEF NAKH ALI,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


December 12, 2023


PER CURIAM.

   DENIED.

OSTERHAUS, C.J., and KELSEY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jack R. Reiter and Robert C. Weill of GrayRobinson, P.A., Miami, for Petitioners.

Chad A. Barr of Chad Barr Law, Altamonte Springs, for Respondent.